UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CONSTRUCTION INDUSTRY LABORERS PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:16 CV 459 RWS |
| DANNA EXCAVATING, LLC., | ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

For the reasons set out in my Default Order of Accounting [8] and the motion for final entry of damages,

**IT IS HEREBY ORDERED** that plaintiffs' motion for damages [13] is granted as requested, and plaintiff Construction Industry Laborers Pension Fund shall have default judgment against defendant in the amount of $7,287.22 for the period January 1, 2013 through June 30, 2016, and plaintiff Construction Industry Laborers Welfare Fund shall have default judgment against defendant in the amount of $8,752.08 for the period January 1, 2013 through June 30, 2016.

A separate Judgment in accord with this Memorandum and Order is entered this same date.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of March, 2017.